UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

**CIVIL ACTION NO. 06-48-JBC**

**TERESA BOYD,**                                                                                              **PLAINTIFF,**

**V.**                                   **JUDGMENT**

**JO ANNE BARNHART, COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION,**                                       **DEFENDANT.**

\* \* \* \* \* \* \* \* \* \*

The court, having granted the plaintiff's motion for summary judgment, having denied the Commissioner's motion for summary judgment, and having remanded this matter to the Commissioner for an award of benefits, enters **JUDGMENT** in favor of the plaintiff.

There being no just cause for delay in its entry, this order is **FINAL** and **APPEALABLE**.

This matter is **STRICKEN** from the court's active docket.

Signed on January 20, 2007

*Signed: Jennifer B. Coffman*

JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY